# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1414. ZAHIR ALI v. THE STATE.**

In 2004, Zahir Ali pled guilty to aggravated assault, obstruction of an officer, and battery, and the trial court imposed a total sentence of five years of probation. More recently, Ali filed a motion for out-of-time appeal. The trial court issued an order dismissing and/or denying the motion on October 13, 2021, and Ali filed this appeal on January 12, 2022.

We lack jurisdiction because the appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Ali filed the notice of appeal 91 days after entry of the order on the motion for out-of-time appeal. Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/14/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*

---

[1] We note that the Georgia Supreme Court recently determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022).